# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHERVIN BINAFARD, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendant. | Case No: 2:22-cv-07951-AB-PVC<br><br>District Judge: André Birotte Jr.<br>Magistrate Judge: Pedro V. Castillo<br><br>[PROPOSED] ORDER OF DISMISSAL |

Based on the stipulation of the parties, and good cause appearing therefor, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

   **IT IS SO ORDERED.**

Dated: January 18, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE